■ In the Matter of the Claim of WILSON VAN VLIERDEN, Respondent. MID-HUDSON PUBLICATIONS, INC., KINGSTON DAILY FREEMAN DIVISION, Appellant. LILLIAN ROBERTS, as Commissioner of Labor, Respondent. — Appeal from a decision of the Unemployment Insurance Appeal Board, filed March 19, 1982. Decision affirmed, with costs (see *Matter of Di Martino [Buffalo Courier Express Co. — Ross]*, 59 NY2d 638). Mahoney, P. J., Main, Casey, Mikoll and Yesawich, Jr., JJ., concur.